# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**TODD MORGAN,**

        **Plaintiff,**

        v.                                                          Case No. 19-CV-1637

**ANDREW SAUL,**
**Commissioner of the Social Security Administration,**

        **Defendant.**

## ORDER REVERSING AND REMANDING FOR FURTHER PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

This matter is before the court on the parties' stipulation for remand for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (ECF No. 17.)

It is hereby **ORDERED** that this case be remanded to the Agency pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings and that judgment be entered pursuant to Federal Rule of Civil Procedure 58. Upon judicial remand, the Appeals Council will remand this matter to an administrative law judge with instructions to offer plaintiff the opportunity for a new hearing; proceed through the sequential evaluation

process as needed to reach a decision; if warranted, obtain additional vocational expert testimony; and issue a de novo decision.

Dated at Milwaukee, Wisconsin this 9th day of April, 2020.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge